IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 18  AM 6: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JAMES PLAIN,

      Plaintiff,

v.                                    No. 05-2075-DV

METROPOLITAN LIFE INSURANCE
COMPANY METLIFE DISABILITY,

      Defendant.

## ORDER GRANTING JOINT COMBINED MOTION AND MEMORANDUM
## FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

The parties have jointly moved the Court for an extension of time for the parties to file their motions for judgment on the record and their responses.

For good cause shown, it is hereby ordered that the Motion is granted, and the parties shall have through and until September 19, 2005 to file their motions for judgment on the record and through and until October 17, 2005, to file their responses.

_____
United States Judge

Date: August 17, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-18-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02075 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Tim W. Smith
LAW OFFICE OF TIM W. SMITH
352 Poplar View Lane, E.
Collierville, TN 38017

Honorable Bernice Donald
US DISTRICT COURT