IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT -4 PM 3: 54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

JAMES PLAIN,

    Plaintiff,

v.    No. 05-2075-DV

METROPOLITAN LIFE INSURANCE
COMPANY METLIFE DISABILITY,

    Defendant.

---

### ORDER GRANTING THIRD JOINT COMBINED MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

---

The parties have jointly moved the Court for an extension of time for the parties to file their motions for judgment on the record and their responses.

For good cause shown, it is hereby ordered that the Motion is granted, and the parties shall have through and until October 10, 2005, to file their motions for judgment on the record and through and until November 7, 2005, to file their responses.

                              _Diane K. Vescovo_
                              United States Judge

                              Date: October 4, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __10/5/05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02075 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Tim W. Smith
LAW OFFICE OF TIM W. SMITH
352 Poplar View Lane, E.
Collierville, TN 38017

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT