IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 12 PM 4: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JAMES PLAIN,

    Plaintiff,

v.                                No. 05-2075-DV

METROPOLITAN LIFE INSURANCE
COMPANY METLIFE DISABILITY,

    Defendant.

## ORDER GRANTING FOURTH JOINT COMBINED MOTION AND MEMORANDUM FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

The parties have jointly moved the Court for a 4-day extension of time for the parties to file their motions for judgment on the record.

For good cause shown, it is hereby ordered that the Motion is granted, and the parties shall have through and until October 14, 2005, to file their motions for judgment on the record. The deadline for responses shall remain November 7, 2005.

_____
United States Judge

Date: October 12, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02075 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

---

John J. Heflin
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Tim W. Smith
LAW OFFICE OF TIM W. SMITH
352 Poplar View Lane, E.
Collierville, TN 38017

Kenneth P. Jones
BOURLAND HEFLIN ALAREZ & MINOR
5400 Poplar Avenue
Ste. 100
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT